

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00240-CV

HERBERT C. AUSBIE, Appellant

V.

SALVATION ARMY, INC., Appellee

§   On Appeal from the 96th District Court

§   of Tarrant County (096-305690-19)

§   January 30, 2020

§   Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr